FILED

10/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0629

_____

SHANNA SPRING MANYWOUNDS,

      Petitioner,

    v.

20TH JUDICIAL DISTRICT COURT, LAKE
COUNTY, HONORABLE DEBORAH KIM
CHRISTOPHER, PRESIDING JUDGE,

      Respondent.

O R D E R

FILED

OCT 2 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Petitioner Shanna Spring Manywounds seeks a writ of supervisory control to vacate the September 19, 2023 Order of the Twentieth Judicial District Court, Lake County, in its Cause No. DR-23-17, that granted full custody of her minor son to Jonathan Carlton Whyte, the child's father.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. In accordance with M. R. App. P. 14(7),

IT IS THERFORE ORDERED that Jonathan Carlton Whyte and the Twentieth Judicial District Court, are each granted up to and including November 16, 2023, to prepare, file, and serve a response to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all parties in the Twentieth Judicial District Court, Lake County, Cause No. DR-23-17, and the Honorable Deborah Kim Christopher, presiding.

DATED this 26th day of October, 2023.

For the Court,

By _____
                 Justice